# Court of Appeals
# of the State of Georgia

ATLANTA,   October 01, 2014

*The Court of Appeals hereby passes the following order:*

**A14A2310. BERRY v. THE STATE.**

This appeal was docketed in this Court on August 13, 2014. Court of Appeals Rule 23 (a) provides that an appellant's brief "shall be filed within 20 days after the appeal is docketed," and that the failure to comply with the rule may result in dismissal. Berry's brief was due on September 2, and he has neither filed a brief nor requested an extension of time for filing his brief. Therefore, we hereby DISMISS this case for failure to comply with Court rules. See Court of Appeals Rules 7, 13, 15 (a), 16, 22 (a), and 23 (a).

We note that Berry is represented by counsel and may be entitled to pursue an out-of-time appeal. He is therefore informed of the following in accordance with *Rowland v. State*, 264 Ga. 872 (452 SE2d 756) (1995): This appeal has been dismissed because your attorney failed to timely file an appellate brief. If you still wish to appeal, you may petition the trial court for leave to file an out-of-time appeal. If the trial court grants your request, you will have 30 days from the entry of that order to file a notice of appeal referencing your conviction. If the trial court denies your request, you will have 30 days from the entry of that order to file a notice of appeal referencing the denial of your request for an out-of-time appeal. The Clerk of Court is directed to send a copy of this order to Berry and to Berry's attorney, and the latter is also directed to send a copy to Berry.



*Court of Appeals of the State of Georgia*

*Clerk's Office, Atlanta,*_____10/01/2014_____

*I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*

*Witness my signature and the seal of said court hereto affixed the day and year last above written.*

_____*Stephen E. Castlen*_____ *, Clerk.*